IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Sakellaris, Maria

Printed: 11/20/07

Case Number: 04 B 21985
Judge: Hollis, Pamela S
Filed: 6/8/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: November 1, 2007
Confirmed: August 2, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 47,294.90 |  |
| Secured: |  | 38,660.63 |
| Unsecured: |  | 2,342.53 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 2,346.40 |
| Other Funds: |  | 1,245.34 |
| Totals: | 47,294.90 | 47,294.90 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | First Personal Bank | Secured | 22,260.04 | 22,260.04 |
| 3. | Illinois Title Loans | Secured | 1,342.49 | 1,342.49 |
| 4. | Internal Revenue Service | Secured | 8,334.28 | 8,334.28 |
| 5. | First Personal Bank | Secured | 5,496.84 | 5,496.84 |
| 6. | Lawn View Owners Association | Secured | 1,226.98 | 1,226.98 |
| 7. | Capital One | Unsecured | 1,498.82 | 1,498.82 |
| 8. | Lawn View Owners Association | Unsecured | 0.00 | 0.00 |
| 9. | Internal Revenue Service | Unsecured | 843.71 | 843.71 |
|  |  |  | $ 43,703.16 | $ 43,703.16 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 114.84 |
| 6.5% | 624.71 |
| 3% | 99.96 |
| 5.5% | 610.83 |
| 5% | 166.59 |
| 4.8% | 343.30 |
| 5.4% | 386.17 |
|  | $ 2,346.40 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Sakellaris, Maria

Printed:  11/20/07

Case Number:  04 B 21985
Judge:  Hollis, Pamela S
Filed:  6/8/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*Denise Ashley* (signature)